RECEIVED

DEC 17 2018

TONY R. MOORE CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT, LOUISIANA
BY_____

*(Rev. 5/1/13)*

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**ALEXANDRIA DIVISION**

HENRY BEAN POSEY #97166              CASE NO. 1:18-CV-01502 SEC P

**VERSUS**                                     **JUDGE DRELL**

**LASALLE CORRECTIONAL CENTER**      **MAGISTRATE JUDGE PEREZ-MONTES**

**COMPLAINT**
**PRISONER CIVIL RIGHTS UNDER 42 U.S.C. '1983**

I.    **Previous Lawsuits**

    a.  Have you begun any other lawsuit while incarcerated or detained in any facility?
        Yes ☐    No ☑

    b.  If your answer to the preceding question is "Yes," provide the following information.

        1.  State the court(s) where each lawsuit was filed (if federal, identify the District, if state court, identify the county of parish):

            19Th J.D.C. | Parish East Baton Rouge, LA.

        2.  Name the parties to the previous lawsuit(s):

            Plaintiffs: Henry Bean Posey

            Defendants: LASALLE CORRECTIONAL CENTER

        3.  Docket number(s): 1:18-CV-01502 Sec. "P"

        4.  Date(s) on which each lawsuit was filed: _____

        5.  Disposition and date thereof [For example, was the case dismissed and when? Was it appealed and by whom (plaintiff or defendant)? Is the case still pending?]:

            _____

    c.  Have you filed any lawsuit or appeal in any federal district court or appeals court which has been dismissed?
        Yes ☐    No ☑

*(Rev. 5/1/13)*

If your answer to the preceding question is "Yes," state the court(s) which dismissed the case, the civil action number(s), and the reason for dismissal (e.g., frivolity, malice, failure to state a claim, defendants immune from relief sought, etc.).

_____

_____

**II.**   **a.**   **Name of institution and address of current place of confinement:**

Richwood Corr. Ctr. 180 Pine Bayou Circle, Richwood, LA. 71202

   **b.**   Is there a prison grievance procedure in this institution?
   Yes ☑   No ☐

   1.   Did you file an administrative grievance based upon the same facts which form the basis of this lawsuit?   Yes ☑ No ☐

   If "Yes," what is the Administrative Remedy Procedure number?

   UNKNOWN/IT IS PART OF THE ORIGINAL COMPLAINT

   2.   If you did not file an administrative grievance, explain why you have not done so.

   _____

   _____

   3.   If you filed an administrative grievance, answer the following question.  What specific steps of the prison procedure did you take and what was the result?  (For example, for state prisoners in the custody of the Department of Public Safety and Corrections: did you appeal any adverse decision through to Step 3 of the administrative grievance procedure by appealing to the Secretary of the Louisiana Department of Public Safety and Corrections?  For federal prisoners: did you appeal any adverse decision from the warden to the Regional Director for the Federal Bureau of Prisons, or did you make a claim under the Federal Tort Claims Act?

   The Lasalle authorities (administration) did not respond to my complaint. (See copy of exhibit)

   Attach a copy of each prison response and/or decision rendered in the administrative proceeding.

**III.**   **Parties to Current Lawsuit:**

   a.   Name of Plaintiff:   Henry Bean Pusey

Page 2 of 4

(Rev. 5/1/13)

Address: R.C.C. / 180 Pine Bayou Circle, LA. 71202

b. Defendant, Jane Doe _____, is employed as

Inmate Store employee ___ at LA SALLE Corr. Center ___.

Defendant, John Doe _____, is employed as

Warden _____ at LASALLE CORR. CTR. ___.

Defendant, Inmate Banking, et al ___, is employed as

Inmate Account Personnel ___ at La Salle Corr. Inst. ___.

Additional defendants: Julian C. Whittington, Sheriff, Ex officio

Tax collector / Prisoner Accounts / LA Salle Parish

## IV.   Statement of Claim

State the **FACTS** of your case. Specifically describe the involvement and actions of each named defendant. Include the names of all persons involved in the incident(s) or condition(s) giving rise to the lawsuit, and the dates upon which and the places where the incident(s) and/or condition(s) occurred. **YOU ARE REQUIRED TO SET FORTH ONLY FACTUAL ALLEGATIONS. YOU ARE NOT REQUIRED TO SET FORTH LEGAL THEORIES OR ARGUMENTS.**

On or about 8/18/2015, I received a check for (wages) a settlement from a lawsuit relative to an incident prior to my incarceration. This check (see exhibit) was placed into my account in the amount of $3,038.36. Since reception of that money, I did not make any commissary. yet, when I inquired about my balance, I was told that it was $2.41. There were 2 ~~inm~~ inmates whom were caught using my I.D. card; but no investigation was held to account for my missing money. La Salle cannot produce any receipts from store transactions, bearing my signatures. I've repeatedly requested copies, all to no avail.

*(Rev. 5/1/13)*

**V.   Relief**

State exactly what you want the court to provide to you or do for you.  Make no legal arguments.  Cite no cases or statutes.

I want the Court to order the LaSalle Corr. Ctr.'s Administration to provide credible proof that Posey signed any store receipts, spending such an exhorbitant amount of money is such a short span of time.

**VI.   Plaintiff's Declaration**

a.   I understand that if I am transferred or released, I must apprise the Court of my address, and my failure to do so may result in this complaint being dismissed.

b.   I understand that I may not proceed without prepayment of costs if I have filed three lawsuits and/or appeals that were dismissed on grounds that the action and/or appeal was frivolous or malicious, or failed to state a claim upon which relief may be granted, unless I am in imminent danger of serious physical injury.

c.   If I am located in a prison participating in the Electronic Filing Pilot Program, I consent to receive orders, notices and judgments by Notice of Electronic Filing.

Signed this ___11th___ day of ___December___, 20_18_.

___97166___
Prisoner no. (Louisiana Department of
Corrections or Federal Bureau of
Prisons

x _Henry Posey_
Signature of Plaintiff